IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA MCCOMMON
SSN: XXX-XX-1245,

    Plaintiff,

    v.

NANCY A. BERRYHILL
Acting Commissioner of Social
Security,

    Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-3379-TWT

**ORDER**

This is an action seeking judicial review of a decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 27] of the Magistrate Judge recommending remanding the case to the Commissioner under sentence four of 42 U. S. C. § 405(g). No Objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Commissioner under sentence four of 42 U. S. C. § 405(g).

SO ORDERED, this 30 day of January, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge